**FILED**

SEP 26 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00508
Judge Robert W. Gettleman
Magistrate Judge David Weisman
Random Assignment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sept 26, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRANCE THOMAS | Case No.<br><br>Violations: Title 18, United States Code, Sections 371, 1951(a), 922(g)(1) and 924(c)(1)(A)<br><br>**UNDER SEAL** |

## COUNT ONE

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

1. On or about March 31, 2023, at Cicero, in the Northern District of Illinois, Eastern Division,

TERRANCE THOMAS,

defendant herein, conspired with others known and unknown to the grand jury to obstruct, delay, and affect commerce, and the movement of any article or commodity in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of a Thornton's in Cicero, Illinois;

In violation of Title 18, United States Code, Sections 371 and 1951(a).

2. It was part of the conspiracy that defendant TERRANCE THOMAS and others known and unknown to the grand jury agreed to rob the Thornton's at 2229 S. Cicero Avenue in Cicero in the Northern District of Illinois.

## OVERT ACTS

3. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendant and others known and unknown to the grand jury committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

    a. On or before March 31, 2023, defendant TERRANCE THOMAS, and others known and unknown to the grand jury, obtained firearms and masks;

    b. On or about March 31, 2023, defendant TERRANCE THOMAS, and others known and unknown to the grand jury, traveled to 2229 S. Cicero Avenue, in Cicero, in a Hyundai Tuscon;

    c. On or about March 31, 2023, defendant TERRANCE THOMAS, and others known and unknown to the grand jury, entered the Thornton's and brandished firearms at Victim A;

    d. On or about March 31, 2023, defendant TERRANCE THOMAS, and others known and unknown to the grand jury, robbed the Thornton's of cash at gunpoint; and

    e. On or about March 31, 2023, defendant TERRANCE THOMAS, and others known and unknown to the grand jury, used the Tuscon to remove the stolen cash from the Thornton's.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about March 31, 2023, at Cicero, in the Northern District of Illinois, Eastern Division,

TERRANCE THOMAS,

defendant herein, and others known and unknown to the grand jury, did knowingly obstruct, delay, and affect "commerce," and the movement of articles and commodities in such commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendant did unlawfully take and obtain cash in the presence of an employee of Thornton's, located at 2229 S. Cicero Avenue in Cicero, Illinois, against the employee's will, by means of actual and threatened force and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## **COUNT THREE**

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about March 31, 2023, at Cicero, in the Northern District of Illinois, Eastern Division,

TERRANCE THOMAS,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which defendant may be prosecuted in a court of the United States, namely robbery affecting interstate commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about April 4, 2023, at Oak Park, in the Northern District of Illinois, Eastern Division,

TERRANCE THOMAS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a loaded, Glock 30, .45 caliber semiautomatic pistol, bearing serial number AHEP064, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 371, 1951(a), 922(g), and 924(c), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded, Glock 30, .45 caliber semiautomatic pistol, bearing serial number AHEP064, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

Acting UNITED STATES ATTORNEY